NORA GRIBBIN, Respondent, v. LEON S. MYGATT, Appellant, et al., Defendants.— In an action to recover damages for false imprisonment, respondent contends that appellant, a village police justice, had knowledge upon the arraignment that respondent had been arrested for violation of subdivision 5-a of section 70 of the Vehicle and Traffic Law, not committed within the presence of the arresting officer, and that appellant altered official records. Order denying appellant's motion for summary judgment, under rule 113 of the Rules of Civil Practice, reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs. There is no claim that the arrest was not authorized by subdivision 5-c of section 70 of the Vehicle and Traffic Law. Against appellant's showing of evidentiary facts, including facts established prima facie by official record, respondent has failed to carry the burden of showing facts sufficient to raise any triable issue. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

In the Matter of GLEN COVE TRUST COMPANY, Judgment-Creditor-Respondent, against MICHAEL J. TRYPUC et al., Judgment-Debtors. ANDREW H. LARSEN et al., Third-Party Appellants.— In a proceeding supplementary to judgment, order directing payment of insurance moneys in the hands of a third party to the judgment creditor of a mortgagor and judgment entered in accordance therewith unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

In the Matter of DOROTHY G. MATULICH, Appellant. ROBERT A. WELSH, Respondent.— In a proceeding to obtain custody of two children, the issue of the parties, order, entered after a hearing, dismissing the petition, affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur. [See 282 App. Div. 714.]

In the Matter of NASSAU TERMINAL BOWLING ALLEYS, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— In a proceeding under article 78 of the Civil Practice Act to review a determination of the State Liquor Authority, which suspended petitioner's restaurant liquor license for ten days for a violation of section 65 of the Alcoholic Beverage Control Law, the proceeding was transferred to this court, pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, with $50 costs and disbursements, and petition dismissed, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

In the Matter of VALLEY STREAM LAWNS, INC., Appellant, against H. BOGART SEAMAN, as Treasurer of Nassau County, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act for an order directing the Treasurer of Nassau County to satisfy and discharge a certain tax lien upon payment by petitioner of the amount due, and to cancel the tax deed issued thereon, petitioner appeals from a final order dismissing the petition. Order unanimously affirmed, with one bill of $50 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See 282 App. Div. 841.]